UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DENNIS W. QUIRK, Individually and as President of and on behalf of the NEW YORK STATE COURT OFFICERS ASSOCIATION,

                              Plaintiffs,

-against-

ERIC KATZ, individually and in his capacity as Deputy Chief Counsel for the New York State Senate, HONORABLE BRAD HOYLMAN, individually and in his capacity as Chairman of the New York State Senate Judiciary Committee, HONORABLE LAWRENCE K. MARKS, in his capacity as Chief Administrative Judge of the New York State Unified Court System, HONORABLE JANET DIFIORE, in her capacity as Chief Judge of the New York State Unified Court System and JOHN DOES 1-5,

                              Defendants.

---------------------------------------------------------------x

**MEMO ENDORSED**

ELECTRONICALLY FILED
DATE FILED: 10·26·21

20-cv-09910 (LAK)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** upon the accompanying Memoranda of Law dated September 16, 2021 and upon all of the pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Lewis A. Kaplan for an pursuant to Rule 15 of the Federal Rules of Civil procedure, to permit Plaintiffs to further Amend their Complaint, and for such other, further and different relief this Court may deems just and proper.

Dated: September 16, 2021
        White Plains, New York

                                      Law Office of Pat Bonanno & Associates, P.C.

                                By: _____
                                     Pat Bonanno, Esq. (PB 8549)
                                     Attorneys for Plaintiffs

Memorandum Endorsement                                      Quirk v. Katz, 20-cv-9910 (LAK)

       The motion for leave to amend (Dkt 55) is granted. The Second Amended Complaint submitted with that motion is deemed to have been served and filed today without the necessity of reserving any defendant who already appeared by counsel.

       The filing of the second amended complaint moots the pending motion to dismiss the first amended complaint. Accordingly, that motion (Dkt 36) is denied as moot.

       SO ORDERED.

Dated:      October 26, 2021

                                               Lewis A. Kaplan
                                          United States District Judge