**MEMO ENDORSED**

## PAT BONANNO & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

175 MAIN STREET
SUITE 507
WHITE PLAINS, NY 10601

REPLY ABOVE ☐

TOLL FREE 24-HOUR SERVICE
(800) 778-9PBA

DIRECT DIAL: (914) 948-5545
FACSIMILE: (866) 777-1418

222 CHURCH STREET
POUGHKEEPSIE, NY 12601

REPLY ABOVE ☐

```
USDC SDNY   Suite 1
            NY 10463
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/21
```

October 26, 2021

**BY ECF**

Hon. Lewis A. Kaplan
Judge of the U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Quirk v. Katz, et al.*, No. 20-cv-09910 (LAK)

Dear Judge Kaplan:

We write acknowledging this Court's granting Plaintiff's leave to amend and respectfully request permission to engage in document discovery at this juncture. The documents to be demanded are in the sole and exclusive possession of the Defendants. Such discovery demands would not be unduly burdensome on Defendants as we only seek document production at this time.

Respectfully submitted,

Pat Bonanno & Associates, P.C.

By: _____
Pat Bonanno, Esq. (PB 8549)
Attorneys for Plaintiff
175 Main Street
White Plains, NY 10601
(914) 948-5545
pbacounsel@gmail.com

<u>Memorandum Endorsement</u>                                        <u>Quirk v. Katz, 20-cv-9910 (LAK)</u>

        The application is denied.

        The grant of the motion for leave to amend did not determine whether the first amended complaint stated any legally sufficient claim for relief. It simply reflected the fact that ruling on the merits of the motion to dismiss the prior pleading would not be an efficient use of judicial resources in view of the fact that even a grant of that motion would not necessarily result in a disposition of the entire action. Accordingly, it was without prejudice to a motion to dismiss the second amended complaint.

        Having considered the prior motion and reviewed the second amended complaint, the Court continues the stay of discovery pending disposition of the anticipated motion to dismiss the second amended complaint.

        SO ORDERED.

Dated:       October 26, 2021

                                                       /s/   Lewis A. Kaplan
                                                        _____
                                                              Lewis A. Kaplan
                                                          United States District Judge