**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

DENNIS W. QUIRK, Individually and as President
of and on behalf of the NEW YORK STATE
COURT OFFICERS ASSOCIATION,

                          Plaintiff,

      -against-                                              20 **CIVIL** 9910 (LAK)

                                                                   **JUDGMENT**

ERIC KATZ, individually and in his capacity as
Deputy Chief Counsel for the New York State Senate,
HONORABLE BRAD HOYLMAN, individually and
in his capacity as Chairman of the New York State
Senate Judiciary Committee, HONORABLE
LAWRENCE K. MARKS, in his capacity as Chief
Administrative Judge of the New York State Unified
Court System, HONORABLE JANET DIFIORE, in her
capacity as Chief Judge of the New York State Unified
Court System, and JOHN DOES 1-5,

                          Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated September 13, 2022, Defendants' motion to dismiss the second amended complaint is GRANTED in all respects; accordingly, the case is closed.

**Dated:**  New York, New York

       September 14, 2022

                                                     **RUBY J. KRAJICK**

                                                     _____

                                                         **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                    _____

                                                         **Deputy Clerk**